IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:13-cr-00094-HSO-RHW

RUBEN OSEGUERA-CERVANTES
a/k/a El Mencho

## MOTION TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date: September 6, 2018

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By: *Shunchal H. Cole*
 *for*
John A. Meynardie
Assistant U.S. Attorney
MSB No. 9912
1575 20th Avenue
Gulfport, MS 39501
Ph: (228) 563-1560
Fax: (228)563-1571
John.Meynardie@usdoj.gov