IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:13-cr-00094-HSO-RHW

RUBEN OSEGUERA-CERVANTES
a/k/a El Mencho

### ORDER TO UNSEAL INDICTMENT AND CASE

Upon Motion of the United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 6th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE