IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Southern Division

### ORDER TO REASSIGN CASES

IN ORDER TO equitably manage and distribute the caseload of the court in light of the retirement of United States Magistrate Judge Robert H. Walker, pursuant to the authority of the court as set forth in Internal Rule 1 as amended, the court finds that each of the cases listed on the attached Exhibits "A" and "B" should be and they are hereby reassigned from United States Magistrate Judge Robert H. Walker to United States Magistrate Judge Robert P. Myers, Jr.

**Any matters which have been scheduled in these cases before Judge Walker will be rescheduled and noticed by Judge Myers.**

**SO ORDERED,** this the 3rd day of August 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

| Case | Short Title |
|---|---|
| 1:04-cv-00003-HSO-RHW | Carroll |
| 1:06-cv-00433-HSO-RHW | Rigsby et al v. State Farm Fire and Casualty Company et al |
| 1:13-cv-00323-HSO-RHW | Herrington et al v. Bass Homes |
| 1:17-cv-00171-RHW | Perkins v. Arnold et al |
| 1:17-cv-00173-LG-RHW | Blacklidge Emulsions |
| 1:17-cv-00217-LG-RHW | Allen et al v. Taishan Gypsum Co. |
| 1:17-cv-00230-LG-RHW | Estate of Jessica Danielle Brown v. City of Lucedale |
| 1:17-cv-00244-LG-RHW | Walker v. Hollaway et al |
| 1:17-cv-00263-HSO-RHW | Estate of William Joel Dixon et al v. George County et al |
| 1:18-cv-00037-HSO-RHW | Bradshaw v. Mills |
| 1:18-cv-00048-LG-RHW | Fox et al v. Hunt Southern Group |
| 1:18-cv-00049-LG-RHW | Cooksey et al v. Hunt Southern Group |
| 1:18-cv-00054-HSO-RHW | Eden et al v. Hunt Southern Group |
| 1:18-cv-00056-LG-RHW | Delack et al v. Hunt Southern Group |
| 1:18-cv-00118-LG-RHW | Lee Swimming Pools |
| 1:18-cv-00123-LG-RHW | De la Cruz v. Wells et al |
| 1:18-cv-00154-LG-RHW | Harrington v. Premier Golf Group |
| 1:18-cv-00162-LG-RHW | Dickens et al v. Autozone |
| 1:18-cv-00168-HSO-RHW | Ditech Financial LLC v. Fairley et al |
| 1:18-cv-00179-LG-RHW | Bell v. Banks |
| 1:18-cv-00186-LG-RHW | Jagneaux et al v. Mississippi Power Company et al |
| 1:18-cv-00215-LG-RHW | Deroche v. Hancock County |
| 1:18-cv-00327-KS-RHW | Moore v. Estate of Brooke Posey et al |
| 1:18-cv-00331-LG-RHW | PF3 Global |
| 1:18-cv-00335-LG-RHW | Ritchey v. Levi et al |
| 1:18-cv-00336-RHW | Ramsey v. Carrol et al |
| 1:18-cv-00372-RHW | Carter v. Jamie Johnson et al |
| 1:18-cv-00376-KS-RHW | Lewis v. Beau Rivage Resorts |
| 1:18-cv-00381-RHW | Watson v. Brennan et al |
| 1:18-cv-00390-LG-RHW | Travelers Cas. and Sur. Co. of Am. v. Southern Industrial Contractors |
| 1:18-cv-00391-LG-RHW | Boston v. Wilkie et al |
| 1:18-cv-00394-LG-RHW | Rutherford et al v. Hunt Southern Group |
| 1:18-cv-00400-HSO-RHW | Allstate Indemnity Company v. Johnson et al |
| 1:19-cv-00012-LG-RHW | Wallace v. K & B Mississippi Corporation et al |
| 1:19-cv-00013-LG-RHW | Smith v. Omega Protein |
| 1:19-cv-00025-HSO-RHW | Hager v. Commissioner of Social Security |
| 1:19-cv-00051-LG-RHW | Collins et al v. Treasure Bay LLC et al |
| 1:19-cv-00122-LG-RHW | Stubbs v. United States Federal Bureau of Prisons et al |
| 1:19-cv-00125-RHW | Perkins v. Evans et al |
| 1:19-cv-00127-RHW | Pettis v. Hall et al |
| 1:19-cv-00175-LG-RHW | Industrial & Crane Services |
| 1:19-cv-00177-LG-RHW | Alexander v. BP Exploration & Production |
| 1:19-cv-00212-HSO-RHW | Ramsey v. State of Mississippi et al |
| 1:19-cv-00216-RHW | Breeden v. Hall |
| 1:19-cv-00217-LG-RHW | Jones v. Turner et al |
| 1:19-cv-00230-HSO-RHW | Corso et al v. Allstate Property and Casualty Insurance Co. |

**Exhibit A**

| | |
|---|---|
| 1:19-cv-00232-LG-RHW | Mangal et al v. City of Pascagoula |
| 1:19-cv-00236-LG-RHW | Huntington Ingalls Incorporated v. OHT Hawk AS et al |
| 1:19-cv-00246-LG-RHW | Walker v. Hunt et al |
| 1:19-cv-00254-RHW | Teague v. Fairley et al |
| 1:19-cv-00260-LG-RHW | American Contractors Indemnity Co. v. Keith Waits Const. Co. |
| 1:19-cv-00273-LG-RHW | Dobson v. State Farm Mutual Automobile Insurance Co. et al |
| 1:19-cv-00275-KS-RHW | Smith v. Wal-Mart Stores East |
| 1:19-cv-00276-KS-RHW | Day et al v. Nine D Enterprises |
| 1:19-cv-00296-HSO-RHW | Baugus v. BP Exploration & Production |
| 1:19-cv-00297-KS-RHW | The Prudential Insurance Company of America v. Freeman et al |
| 1:19-cv-00299-RHW | Callahan v. Csaszar |
| 1:19-cv-00302-LG-RHW | McAllister et al v. Aaron Oil Company |
| 1:19-cv-00307-LG-RHW | Lindsey v. City of Gulfport |
| 1:19-cv-00315-LG-RHW | Manuel v. BP Exploration & Production |
| 1:19-cv-00322-HSO-RHW | Blair v. Yum! Brands Inc. et al |
| 1:19-cv-00323-KS-RHW | Showers v. City of Bay St. Louis et al |
| 1:19-cv-00325-LG-RHW | Local Union 903 I.B.E.W |
| 1:19-cv-00332-LG-RHW | Jackson v. Hall et al |
| 1:19-cv-00334-RHW | Perkins v. Henry |
| 1:19-cv-00347-KS-RHW | Hosking v. Huntington Ingalls Incorporated et al |
| 1:19-cv-00353-HSO-RHW | Chevron U.S.A. |
| 1:19-cv-00357-RHW | Pettis v. Hall et al |
| 1:19-cv-00359-LG-RHW | Mooney v. BP Exploration and Production et al |
| 1:19-cv-00365-LG-RHW | Illinois Union Insurance Company v. Heil Builders |
| 1:19-cv-00391-LG-RHW | Arc Controls |
| 1:19-cv-00395-LG-RHW | Dan Bunkering (America) Inc. v. Nor Goliath et al |
| 1:19-cv-00403-LG-RHW | Griffin v. BP Exploration & Production |
| 1:19-cv-00412-HSO-RHW | Kabir v. Singing River Health Systems et al |
| 1:19-cv-00420-KS-RHW | Meyers v. USAA General Indemnity Company et al |
| 1:19-cv-00422-LG-RHW | Blacklidge Emulsions |
| 1:19-cv-00426-KS-RHW | Reynolds v. George County School District |
| 1:19-cv-00436-LG-RHW | Harrell v. TransAmerica Life Insurance Company et al |
| 1:19-cv-00437-LG-RHW | Lafleur v. Harrison County et al |
| 1:19-cv-00456-LG-RHW | Reeves v. BP Exploration & Production |
| 1:19-cv-00458-LG-RHW | Lainez v. BP Exploration & Production |
| 1:19-cv-00481-HSO-RHW | Rubi v. BP Exploration & Production |
| 1:19-cv-00543-LG-RHW | Howard v. Mississippi Department of Corrections et al |
| 1:19-cv-00550-LG-RHW | United States of America v. 12.667 Acres State of Mississippi |
| 1:19-cv-00551-LG-RHW | United States of America v. 4.373 Acres State of Mississippi |
| 1:19-cv-00553-KS-RHW | Rabe v. LM General Insurance Company |
| 1:19-cv-00559-LG-RHW | Fogleman v. Bayside Chrysler Dodge Jeep et al |
| 1:19-cv-00563-LG-RHW | Borden v. Harrison County |
| 1:19-cv-00570-KS-RHW | Mowdy v. Huntington Ingalls Incorporated et al |
| 1:19-cv-00574-HSO-RHW | Byrd v. Commissioner of Social Security |
| 1:19-cv-00576-HSO-RHW | Strong et al v. State Farm Mutual Automobile Ins. Co. |
| 1:19-cv-00581-LG-RHW | Simpson v. BP Exploration & Production |
| 1:19-cv-00625-LG-RHW | Byrd et al v. Safeco Insurance Company of Illinois et al |

| | |
|---|---|
| 1:19-cv-00629-KS-RHW | Denny et al v. Ocean Marine Group |
| 1:19-cv-00663-LG-RHW | Lachausse v. BP Exploration & Production |
| 1:19-cv-00671-LG-RHW | IN RE: OHT Hawk AS |
| 1:19-cv-00677-LG-RHW | Fairley v. Havard et al |
| 1:19-cv-00682-HSO-RHW | Signet Maritime Corp. v. Fortier |
| 1:19-cv-00742-RHW | Kirkwood v. Errington et al |
| 1:19-cv-00789-KS-RHW | Baker v. Wal-Mart Stores East |
| 1:19-cv-00793-LG-RHW | Leffew v. Peterson et al |
| 1:19-cv-00811-LG-RHW | Paterson v. Nelson et al |
| 1:19-cv-00820-HSO-RHW | Fields v. Hubbard |
| 1:19-cv-00823-LG-RHW | Adamson v. Wal-Mart Stores East |
| 1:19-cv-00835-LG-RHW | Denkler et al v. Alexander et al |
| 1:19-cv-00837-KS-RHW | Stanton v. Smith et al |
| 1:19-cv-00839-LG-RHW | Keenum v. Wal-Mart Stores East |
| 1:19-cv-00841-LG-RHW | Neice v. Harrison County |
| 1:19-cv-00854-LG-RHW | Doyle v. Schneider National Carriers |
| 1:19-cv-00889-HSO-RHW | Chavers v. BP Exploration & Production |
| 1:19-cv-00903-LG-RHW | Davis v. Keesler Air Force Base |
| 1:19-cv-00905-LG-RHW | W. v. Specialty Retailers |
| 1:19-cv-00908-LG-RHW | Willard v. Hearn et al |
| 1:19-cv-00910-KS-RHW | Webb v. Stone County School District |
| 1:19-cv-00912-LG-RHW | Thomas et al v. Foremost Insurance Company Grand Rapids |
| 1:19-cv-00935-LG-RHW | Curry v. New Hampshire Insurance Company |
| 1:19-cv-00936-HSO-RHW | McDaniel v. Southeastern Grocers |
| 1:19-cv-00946-HSO-RHW | Rush v. Jackson County et al |
| 1:19-cv-00947-LG-RHW | Hyche v. Toyota Motor Engineering & Manufacturing N. A. |
| 1:19-cv-00955-LG-RHW | ST Engineering Halter Marine & Offshore |
| 1:19-cv-00962-LG-RHW | Davis v. Harrison County Second Judicial District |
| 1:19-cv-00963-LG-RHW | Davis v. Walmart |
| 1:19-cv-00965-HSO-RHW | Davis v. Biloxi Police Dept. |
| 1:19-cv-00967-LG-RHW | Davis v. Golden Nugget Casino |
| 1:19-cv-00968-LG-RHW | Davis v. Palace Casino |
| 1:19-cv-00970-LG-RHW | Davis v. Bancorp South et al |
| 1:19-cv-00972-LG-RHW | Davis v. Shoe Station |
| 1:19-cv-00974-LG-RHW | Davis v. McDonalds |
| 1:19-cv-00986-LG-RHW | Harrison County |
| 1:19-cv-00989-LG-RHW | Watson |
| 1:19-cv-00997-HSO-RHW | Jacobson v. City of Gulfport et al |
| 1:20-cv-00004-LG-RHW | Funchess v. Synthes USA |
| 1:20-cv-00010-LG-RHW | Ramsey v. King |
| 1:20-cv-00012-HSO-RHW | Fogleman v. Hubbard |
| 1:20-cv-00020-HSO-RHW | Syrjanen v. Riverboat Corporation of Mississippi et al |
| 1:20-cv-00023-LG-RHW | Doe v. Moss Point School District et al |
| 1:20-cv-00025-LG-RHW | Jones v. Gulf Coast Restaurant Group Inc et al |
| 1:20-cv-00031-LG-RHW | Evans v. Lemons et al |
| 1:20-cv-00038-LG-RHW | Salmons et al v. BP Exploration & Production |
| 1:20-cv-00040-LG-RHW | Robinson et al v. Action Resources |

| | |
|---|---|
| 1:20-cv-00051-LG-RHW | Bledsoe v. Equifax Information Services |
| 1:20-cv-00053-LG-RHW | Billiot et al v. Allstate Property and Casualty Insurance Company |
| 1:20-cv-00056-LG-RHW | Herrin v. Harrison County et al |
| 1:20-cv-00061-LG-RHW | Collier v. Smith Rouchon & Associates |
| 1:20-cv-00062-HSO-RHW | Collier v. Southern Financial Systems |
| 1:20-cv-00065-LG-RHW | Stonestreet v. United States of America et al |
| 1:20-cv-00066-LG-RHW | Travelers Casualty and Surety Company of America v. Byrd |
| 1:20-cv-00068-LG-RHW | Traynor v. Corley et al |
| 1:20-cv-00071-LG-RHW | Rasheed v. Hall et al |
| 1:20-cv-00074-LG-RHW | Meadows v. Jackson County et al |
| 1:20-cv-00095-HSO-RHW | Lancaster v. City of Biloxi et al |
| 1:20-cv-00099-LG-RHW | CSX Transportation |
| 1:20-cv-00101-LG-RHW | Brown v. QBE Insurance Corporation et al |
| 1:20-cv-00102-LG-RHW | Hill v. Wal-Mart |
| 1:20-cv-00103-LG-RHW | Ware v. Mandal Automotive Group Inc. et al |
| 1:20-cv-00104-HSO-RHW | Rosser v. Infiniti of South Mississippi |
| 1:20-cv-00106-LG-RHW | Johnson v. Harrison County School District |
| 1:20-cv-00107-LG-RHW | Conway v. Biloxi Public School District et al |
| 1:20-cv-00108-LG-RHW | Maki v. BP Exploration & Production |
| 1:20-cv-00109-LG-RHW | Orris v. Capital One Bank (USA) |
| 1:20-cv-00111-LG-RHW | Prudential Insurance Company of America v. Duenas et al |
| 1:20-cv-00114-LG-RHW | Equal Employment Opportunity Commission v. Agri-AFC |
| 1:20-cv-00118-LG-RHW | Necaise et al v. Nationwide General Insurance Company |
| 1:20-cv-00119-LG-RHW | Lawton v. New York Life Ins. Co. Group Long Term Disability Plan |
| 1:20-cv-00121-LG-RHW | Weems v. C R Bard Incorporated et al |
| 1:20-cv-00123-LG-RHW | Fennell v. C R Bard Incorporated et al |
| 1:20-cv-00124-LG-RHW | Hinton v. C R Bard Incorporated et al |
| 1:20-cv-00126-LG-RHW | Palmeri et al v. C R Bard Incorporated et al |
| 1:20-cv-00128-HSO-RHW | Havard v. State of Mississippi Department of Corrections et al |
| 1:20-cv-00130-HSO-RHW | Cannady v. Woodall |
| 1:20-cv-00134-HSO-RHW | Henderson v. Arrington |
| 1:20-cv-00135-LG-RHW | Dowdle v. Stone County Correction Facility et al |
| 1:20-cv-00138-LG-RHW | US Foods |
| 1:20-cv-00142-LG-RHW | Defenders of Wildlife et al v. U. S. Army Corps of Engineers et al |
| 1:20-cv-00143-LG-RHW | Hoffman v. Huntington Ingalls |
| 1:20-cv-00146-LG-RHW | Gulf Coast Marine Hull & Machinery Underwriting v. Great Am. Ins. Co. of NY |
| 1:20-cv-00151-LG-RHW | Welford v. Equifax Information Services |
| 1:20-cv-00155-LG-RHW | Dow Disaster Restoration |
| 1:20-cv-00156-LG-RHW | Matthews v. Dart Container Corporation of California et al |
| 1:20-cv-00160-LG-RHW | First Class Transports |
| 1:20-cv-00161-LG-RHW | Dickerson v. Fairley et al |
| 1:20-cv-00165-LG-RHW | Teel v. Epperson et al |
| 1:20-cv-00166-HSO-RHW | Pearson v. Commissioner of Social Security |
| 1:20-cv-00168-LG-RHW | State of Mississippi v. People's Republic of China et al |
| 1:20-cv-00171-HSO-RHW | Reliance Standard Life Insurance Company v. Hyde  et al |
| 1:20-cv-00174-LG-RHW | Sunland Fabricators v. Sherwin Williams Company |
| 1:20-cv-00176-LG-RHW | Lafayette v. SMCI - Greene County et al |

| | |
|---|---|
| 1:20-cv-00177-LG-RHW | O&#039;Dwyer et al v. Crawford et al |
| 1:20-cv-00178-LG-RHW | Eubanks v. Harrison County Jail et al |
| 1:20-cv-00181-HSO-RHW | Melah v. E-Fire Southern |
| 1:20-cv-00184-LG-RHW | Kibby et al v. Ezell et al |
| 1:20-cv-00192-LG-RHW | Batson v. Drayer Physical Therapy Institute |
| 1:20-cv-00194-HSO-RHW | Miller v. Commissioner of Social Security |
| 1:20-cv-00196-HSO-RHW | Scott v. Andalusia Properties |
| 1:20-cv-00197-HSO-RHW | Walker v. Jenkins et al |
| 1:20-cv-00198-LG-RHW | Walker v. Waltzer et al |
| 1:20-cv-00200-LG-RHW | Blair v. George County et al |
| 1:20-cv-00202-LG-RHW | Butler et al v. Al Johnson Company |
| 1:20-cv-00204-LG-RHW | Gibbs v. BP Exploration & Production |
| 1:20-cv-00206-LG-RHW | Tidewater Estates |
| 1:20-cv-00208-LG-RHW | T.W. v. Universal Health Services |
| 1:20-cv-00209-LG-RHW | Carson v. Mississippi Department of Corrections |
| 1:20-cv-00211-LG-RHW | Attia v. Jackson et al |
| 1:20-cv-00213-LG-RHW | XL Specialty Insurance Company et al v. Z Marine LLC et al |
| 1:20-cv-00214-LG-RHW | Sandrock et al v. Regions Bank et al |
| 1:20-cv-00217-LG-RHW | Hot Topic |
| 1:20-cv-00219-LG-RHW | Havard v. Fairley et al |
| 1:20-cv-00223-LG-RHW | In the matter of the Guardianship of E.M. v. United Healthcare Services |
| 1:20-cv-00225-LG-RHW | Havard v. Havard et al |
| 1:20-cv-00227-LG-RHW | Thomas v. G.C.R.C.F. et al |
| 1:20-cv-00229-LG-RHW | Etienne v. Wartsila North America |
| 1:20-cv-00231-LG-RHW | Fredenburg v. LaBarre |
| 1:20-cv-00233-LG-RHW | Hand v. Dillon et al |
| 1:20-cv-00235-LG-RHW | Lentz v. Global Client Solutions |
| 1:20-cv-00237-LG-RHW | McGrath v. Trauth et al |
| 1:20-cv-00243-LG-RHW | Rodriguez v. Fuji Japanese Steakhouse & Sushi Bar |
| 1:20-cv-00246-LG-RHW | Wallace v. Tilley |
| 1:20-cv-00251-LG-RHW | Mossy Motors of Mississippi |

| Case | Defendant | Def # |
|---|---|---|
| 1:09-cr-00077-LG-RHW | Chacon-Posada | 1 |
| 1:13-cr-00062-HSO-RHW | Zendeja | 2 |
| 1:13-cr-00062-HSO-RHW | Rodriguez | 3 |
| 1:13-cr-00062-HSO-RHW | Figueroa | 5 |
| 1:13-cr-00094-HSO-RHW | Oseguera-Cervantes | 1 |
| 1:13-cr-00095-HSO-RHW *SEALED* | Ontiveros | 1 |
| 1:13-cr-00101-LG-RHW | Viveros | 2 |
| 1:14-cr-00030-LG-RHW *SEALED* | Bamidele | 1 |
| 1:14-cr-00030-LG-RHW *SEALED* | Stephen | 2 |
| 1:14-cr-00030-LG-RHW *SEALED* | Osokomaiya | 3 |
| 1:15-cr-00036-HSO-RHW | Allen | 1 |
| 1:15-cr-00074-RHW | Wotring | 1 |
| 1:17-cr-00099-HSO-RHW | Costa-Sousa | 2 |
| 1:18-cr-00113-LG-RHW | Laneaux | 1 |
| 1:18-cr-00141-LG-RHW | Naidoo | 1 |
| 1:18-cr-00144-HSO-RHW *SEALED* | Gomes | 1 |
| 1:18-cr-00155-LG-RHW *SEALED* | Nichols | 1 |
| 1:19-cr-00007-LG-RHW | Barber | 2 |
| 1:19-cr-00012-LG-RHW | Dickerson | 1 |
| 1:19-cr-00062-LG-RHW | Taylor | 2 |
| 1:19-cr-00095-LG-RHW | Cunningham | 1 |
| 1:19-cr-00103-LG-RHW | Johnson | |
| 1:19-cr-00105-LG-RHW | Evans | 1 |
| 1:19-cr-00107-LG-RHW | McDonald | 1 |
| 1:19-cr-00107-LG-RHW | McMillan | 2 |
| 1:19-cr-00107-LG-RHW | Rodriguez-Valdez | 3 |
| 1:19-cr-00107-LG-RHW | Tijerina-Cruz | 4 |
| 1:19-cr-00107-LG-RHW | Campos-Ramenthol | 5 |
| 1:19-cr-00109-HSO-RHW | Cooper | 1 |
| 1:19-cr-00109-HSO-RHW | Ross | 2 |
| 1:19-cr-00132-LG-RHW | Taylor | 1 |
| 1:19-cr-00136-LG-RHW | Whavers | 1 |
| 1:19-cr-00136-LG-RHW | Collier | 2 |
| 1:19-cr-00136-LG-RHW | Jones | 3 |
| 1:19-cr-00137-LG-RHW | May | 1 |
| 1:19-cr-00607-RHW *SEALED* | SEALED DEFENDANT 1 | 1 |
| 1:20-cr-00002-LG-RHW | Cuevas | 1 |
| 1:20-cr-00016-LG-RHW | Turner | 1 |
| 1:20-cr-00016-LG-RHW | Atkinson | 2 |
| 1:20-cr-00017-LG-RHW | Hernandez-Gonzalez | 1 |
| 1:20-cr-00019-LG-RHW | Ainsworth | 1 |
| 1:20-cr-00020-HSO-RHW | Jones | 1 |
| 1:20-cr-00022-HSO-RHW | Quagliaroli | 1 |
| 1:20-cr-00031-LG-RHW | Villanueva | 1 |
| 1:20-cr-00037-HSO-RHW | Flanagan | 1 |

**Exhibit B**

| Case Number | Name | Count |
|---|---|---|
| 1:20-cr-00038-HSO-RHW | Bangs | 1 |
| 1:20-cr-00047-HSO-RHW | Thomas | 1 |
| 1:20-cr-00049-HSO-RHW | Quarles | 1 |
| 1:20-cr-00050-LG-RHW | Tucker | 1 |
| 1:20-cr-00051-HSO-RHW | Sierra-Gonzalez | 1 |
| 1:20-cr-00057-HSO-RHW | Smith | 1 |
| 1:20-cr-00060-LG-RHW | Mathew | 1 |
| 1:20-cr-00062-LG-RHW | Dedeaux | |
| 1:20-cr-00064-HSO-RHW | King | 1 |
| 1:20-cr-00064-HSO-RHW | King | 2 |
| 1:20-cr-00067-LG-RHW *SEALED* | Kimsey | 1 |
| 1:20-cr-00069-LG-RHW | Gilmer | 1 |
| 1:20-cr-00070-HSO-RHW | Jackson | 1 |
| 1:20-cr-00071-HSO-RHW | Hercules | 1 |
| 1:20-cr-00072-HSO-RHW | Bohl | 1 |
| 1:20-cr-00073-LG-RHW | Normand | 1 |